**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Susan K. Knutson,

       Plaintiff,                      Civil No. 05-180 (RHK/JSM)

vs.                                          **ORDER**

Medtronic, Inc.,

       Defendant.

---

Before the Court is Plaintiff's Motion to Extend the Time to File a Notice of Appeal (Doc. No. 86); Defendant does not oppose the Motion. Plaintiff has shown good cause for the relief sought.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion to Extend the Time to File a Notice of Appeal (Doc. No. 86) is **GRANTED**, and the time for filing a Notice of Appeal from the Judgment (Doc. No. 85) entered on July 3, 2006, is extended to, and including September 21, 2006.

Dated: September 11, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge